IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL WERNER,                 )
         Petitioner,       )
                       )
       vs.                )     Civil Case No. 3:23-cv-39-SLH-KT
                       )
SGT. POBORSKY,            )
         Respondent.     )

HEARING ON:   Damages Hearing (*via Zoom videoconference*)

Before Judge:   Stephanie L. Haines

Daniel Werner (*pro se*)            (*did not appear*)

_____    _____

      Appear for Petitioner               Appear for Respondents

Hearing began: _5/21/25 @ 2:00 p.m._     Hearing concluded: _2:40 p.m._

Law Clerk: _Gary Robinson_          Stenographer: _Amanda Williamson_

Court convened via Zoom videoconference for damages hearing on default judgment entered in favor of Petitioner Daniel Werner against Respondent Sgt. Poborsky [Doc. 100]. Petitioner appeared pro se. Respondent did not appear, and no appearance was entered on his behalf. The Court heard from Petitioner as to the underlying incident and its aftermath. The matter will be taken under advisement and an appropriate judgment order in a specific amount determined by the Court will follow in due course. Conference adjourned.