# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL WERNER,                                )
                                                 )
            Plaintiff,                         )
                                                 )
      vs.                                   )   Civil Action No. 3:23-cv-39
                                               )   Judge Stephanie L. Haines
SGT. POBORSKY,                                )
                                               )
           Defendant.                        )
                                               )
                                             )

## JUDGMENT ORDER

AND NOW, this 16th day of March, 2026, an evidentiary hearing having been held on May 21, 2025 (ECF No. 102), and in accord with this Court's findings regarding Plaintiff's damages, the Court hereby enters JUDGMENT in favor of Plaintiff Daniel Werner and against Defendant Poborsky in the amount of $15,000 plus the cost for the production of the transcript of the default hearing held on May 21, 2025. Plaintiff's Motion to Appoint Counsel (ECF No. 108) is dismissed as moot.

Stephanie L. Haines
United States District Judge

DANIEL WERNER
LG 1134
SCI GREENE
169 PROGRESS DRIVE
WAYNESBURG, PA 15370
PRO SE