IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Daniel Werner Prose | ) | |
| v. | ) | Civil Action No. 3:23-CV-00039 |
| steven Paul Poborsky | ) | |

## WRIT OF EXECUTION

UNITED STATES OF AMERICA
WESTERN DISTRICT OF PENNSYLVANIA

To the United States Marshal for the Western District of Pennsylvania:

To satisfy the Judgment, interest and costs against Steven Paul Poborsky

Defendant:

(1) You are directed to levy upon the property of the defendant to sell his interest therein;

(2) You are further directed to levy upon and sell all other real and personal property belonging to the Defendant and situate within this jurisdiction.

Amount due $ 15,000

Interest $ XXXXXX

Costs $ XXXXXX

Plus costs of execution of this writ

DATED: August 25, 2026

s/Brandy S. Lonchena
CLERK

s/Sarah M. Sewall
DEPUTY CLERK